Nicholas J. Prola, Pro Hac Vice
npr@legalhelpes.com
Legal Helpers, P.C.
233 S. Wacker Dr., 5150
Chicago, IL 60606
Tel:  866.339.1156
Fax: 312.822.1064
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| Eric Lee, et al.<br><br>       Plaintiff,<br><br>v.<br><br>Legal Recovery Law Offices, Inc.<br><br>       Defendant. | Case No. 5:10-cv-1586-R-E<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

       Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

By:/*s/ Nicholas J. Prola*             /s/ Andrew Rundquist
Nicholas J. Prola                              Andrew Rundquist
Legal Helpers, P.C.                          Legal Recovery Law Offices, Inc.
233 S. Wacker Drive, Suite 5150    5030 Camino De La Siesta #340
Chicago, IL 60606                            San Diego, CA 92108
312-753-7574                                   Tel: 800-785-4001
npr@legalhelpers.com                    arundquist@lrlo.com
*Attorney for Plaintiff*                      *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 18, 2011, I electronically filed the foregoing Stipulation of Dismissal via the Court's CM/ECF system, which will perfect service upon the following:

Andrew Rundquist
Legal Recovery Law Offices, Inc.
arundquist@lrlo.com

                                                      /s/ Nicholas J. Prola