# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| Eric Lee, et al. | CASE NO.: 5:10-cv-01586-R-E |
|     Plaintiff, | |
| v. | JUDGE: Manuel L. Real |
| Legal Recovery Law Offices, | |
|     Defendant. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation of Dismissal (Doc. 24), the above titled action is DISMISSED WITH PREJUDICE, each party to hear its own fees and costs.

The clerk is directed to remove this case for the Court's active docket.

**IT IS SO ORDERED.**

\_\_\_\_July 18, 2011\_\_  
**Date**                              **JUDGE Manuel L. Real**